No. 777. DUKE POWER CO. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *William I. Ward, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis, Howard O. Sigmond* and *Edmund B. Clark* for the United States.

No. 786. KELLY ET AL. *v.* CAPITAL INSURANCE & SURETY CO., INC. C. A. 9th Cir. Certiorari denied. *Finton J. Phelan, Jr.,* for petitioners.

No. 795. PERPETUAL ROYALTY CORP. ET AL. *v.* KIPFER ET AL. C. A. 10th Cir. Certiorari denied. *Robert S. Rizley* for petitioners.

No. 799. CONOLE ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Bernard G. Segal* and *Samuel D. Slade* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 803. BAFICO *v.* SOUTHERN PACIFIC CO. C. A. 9th Cir. Certiorari denied. *Thomas H. Ryan* for petitioner.

No. 809. SPOKANE, PORTLAND & SEATTLE RAILWAY CO. ET AL. *v.* ORDER OF RAILWAY CONDUCTORS & BRAKEMEN ET AL. C. A. 9th Cir. Certiorari denied. *Hugh L. Biggs* and *Cleveland C. Cory* for petitioners. *Harry E. Wilmarth* and *Clifford D. O'Brien* for respondents.

No. 818. HAGAN *v.* SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES ET AL. Super. Ct. Cal., County of L. A. Certiorari denied.